IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MAYNARD SANDERS,            )
                            )
    Plaintiff,               )
                            )
v.                           )    CASE NO. CV419-052
                            )
SHERIFF JOHN WILCHER, CAPTAIN)
JOHN DOE, and DEPUTY JERMAINE)
MINOR,                       )
                            )
    Defendants.              )
_____)

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 5.) After careful consideration and review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 12th day of September 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA